

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-55,549-04

### IN RE KEITH B. BURKINS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. W00-48256(B) IN THE 203RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 203rd District Court of Dallas County challenging cause number W00-48256(B) on July 2, 2012. The trial court entered an order designating issues in that cause on August 3, 2012. This application has not yet been forwarded to this Court.

Respondent, the Judge of the 203rd District Court of Dallas County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have

the District Clerk submit the record on such application.  In either case, Respondent's answer shall be submitted within 30 days of the date of this order.  This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted a response.

Filed: August 20, 2014
Do not publish